IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GREATER KANSAS CITY LABORERS ) | |
| PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 02-0162-CV-W-FJG |
| ) | |
| KILGORE, INC. d/b/a ) | |
| KILGORE MASONRY, ) | |
| Defendant. ) | |

**JUDGMENT**

This matter came on for hearing pursuant to the Order of the Court and pursuant to Default Judgment entered July 19, 2002, Plaintiffs appeared by Bradley J. Sollars, Arnold, Newbold, Winter & Jackson, P.C., their attorneys, Trustee Jeffrey Chaikin and Auditor Debby Ross. The defendant does not appear.

The Court having reviewed plaintiffs' evidence, and being fully advised of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Pension Fund and its respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, in the amount of **TWENTY THOUSAND, SIX HUNDRED NINETY-FOUR AND 93/100 ($20,694.93) DOLLARS** as and for fringe benefit contributions due and owing for the period July 6, 2001 through May 22, 2002; **FOUR THOUSAND, ONE HUNDRED THIRTY-EIGHT AND 99/100 ($4,138.99) DOLLARS** as and for liquidated damages; **FOUR THOUSAND, SEVEN HUNDRED TWENTY-EIGHT AND 09/100 ($4,728.09) DOLLARS** as and for interest.

That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Welfare Fund and its respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, in the amount of **SIXTEEN THOUSAND, FOUR HUNDRED FIFTY-EIGHT AND**

**18/100 ($16,458.18) DOLLARS** as and for fringe benefit contributions due and owing for the period July 6, 2001 through May 22, 2002; **THREE THOUSAND, TWO HUNDRED NINETY-ONE AND 64/100 ($3,291.64) DOLLARS** as and for liquidated damages; **THREE THOUSAND, SEVEN HUNDRED FIFTY-FIVE AND 32/100 ($3,755.32) DOLLARS** as and for interest.

That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Vacation Fund and its respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, in the amount of **FOUR THOUSAND, FOUR HUNDRED FIFTY-EIGHT AND 80/100 ($4,458.80) DOLLARS** as and for fringe benefit contributions due and owing for the period July 6, 2001 through May 22, 2002; **ONE THOUSAND, EIGHT HUNDRED NINETY-ONE AND 76/100 ($1,891.76) DOLLARS** as and for liquidated damages; **TWO THOUSAND, ONE HUNDRED SIXTY-FOUR AND 65/100 ($2,164.65) DOLLARS** as and for interest.

That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Training Fund and its respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, in the amount of **TWO THOUSAND, ONE HUNDRED EIGHTY-TWO AND 80/100 ($2,182.80) DOLLARS** as and for fringe benefit contributions due and owing for the period July 6, 2001 through May 22, 2002; **FOUR HUNDRED THIRTY-SIX AND 56/100 ($436.56) DOLLARS** as and for liquidated damages; **FOUR HUNDRED NINETY-NINE AND 53/100 ($499.53) DOLLARS** as and for interest.

That Judgment be entered in favor of plaintiffs, Greater Kansas City Laborers Pension Fund, Greater Kansas City Laborers Welfare Fund, Greater Kansas City Laborers Vacation Fund, Greater Kansas City Laborers Training Fund and each Funds' respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, in the amount of **SIXTEEN THOUSAND, TWO HUNDRED FIFTY-THREE AND 75/100 ($16,253.75) DOLLARS** as and for audit costs; and **FOUR THOUSAND, NINE HUNDRED THREE AND 03/100 ($4,903.03) DOLLARS** as and for attorneys' fees and costs due and owing for the period July 6, 2001 through March 16, 2006.

That the total judgment in favor of plaintiffs, Greater Kansas City Laborers Pension Fund, Greater Kansas City Laborers Welfare Fund, Greater Kansas City Laborers Vacation Fund, Greater Kansas City Laborers Training Fund and each Funds' respective Trustees, and against defendant, Kilgore, Inc. d/b/a Kilgore Masonry, be entered in the amount of **EIGHTY-FIVE THOUSAND, EIGHT HUNDRED FIFTY-EIGHT AND 03/100 ($85,858.03) DOLLARS**; with interest on all said amounts; costs of this action be assessed against the defendant.

**IT IS SO ORDERED.**

Date: March 22, 2006
Kansas City, Missouri.

/s/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge